

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:            01-14-00394-CR

Style:                          Alfredo Rodriguez, Jr.

                                   **v** The State of Texas

Date motion filed[*]:      September 22, 2014

Type of motion:          Fourth motion for extension of time to file reporter's record

Party filing motion:      Court reporter, Patricia Palmer

Document to be filed:    Reporter's record

If motion to extend time:

    Original due date:                June 9, 2014

    Number of extensions granted:        3            Current Due date:  September 11, 2014

    Date Requested:                  October 11, 2014

Ordered that motion is:

    ☐     Granted

    ☑     Denied

    ☐     Other: _____

    **Although we previously ordered the court reporter's record filed by no later than September 11, 2014 and stated that no further extensions would be granted, the Court reporter now requests, without providing any explanation of the need for a further extension, an extension of time until October 11, 2014.  The motion is denied.  Unless the record is filed within 10 days of the date of this order, we may either require the court reporter to appear before this Court to show cause why she should not be held in contempt of court or refer the case to the trial court for contempt proceedings.**

Judge's signature: /s/ Chief Justice Sherry Radack
                      ☒  Acting individually


Date:  September 25, 2014

November 7, 2008 Revision